UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT MALDONADO, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>MRS BPO, L.L.C. d/b/a MRS ASSOCIATES OF NEW JERSEY, and VERIZON WIRELESS SERVICES, LLC<br><br>　　　Defendants. | Case No. 1:22-cv-2601<br><br>**NOTICE OF REMOVAL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　Pursuant to 28 U.S.C. §§ 1331 and 1441 *et seq.*, and 15 U.S.C. § 1692 *et seq.*, defendant, MRS BPO, L.L.C. d/b/a MRS Associates of New Jersey ("Defendant"), hereby gives notice of removal of this cause of action, under the caption *Robert Maldonado, on behalf of himself all others similarly situated v. MRS BPO, L.L.C. d/b/a MRS Associates of New Jersey, et al.* from the Circuit Court of Cook County, Illinois, County Department, Chancery Division ("State Court Action") to the United States District Court for the Northern District of Illinois. In support of removal, Defendant, by and through its attorneys, states as follows:

　　　1.　　　Defendant's registered agent received the complaint via email on April 18, 2022. The matter was venued in the Circuit Court of Cook County, Illinois, County Department, Chancery Division. True and correct copies of the state court pleadings are attached hereto and marked as Exhibit 1.

　　　2.　　　This action is a civil action of which this Honorable Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by

Defendant pursuant to 28 U.S.C. § 1441 in that it presents a federal question, wherein Plaintiff alleges violations of the Fair Debt Collection Practices Act ("FDCPA").

3. As Defendant's registered agent received the Complaint via email on April 18, 2022, this removal is timely.

4. On May 5, 2022, co-defendant Verizon Wireless Services, LLC informed counsel for MRS BPO, LLC that Verizon consents to the removal of this case to federal court.

4. Notice of this removal will be sent to the Circuit Court of Cook County, Illinois, County Department, Chancery Division and served upon Plaintiff and Verizon Wireless Services, LLC.

WHEREFORE, Defendant requests that further proceedings in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, be discontinued and that this action be removed in its entirety to the United States District Court for the Northern District of Illinois, which will then assume full jurisdiction over this cause of action.

| | |
|---|---|
| Dated: May 17, 2022 | /s/ Bradley R. Armstrong<br>Bradley R. Armstrong<br>One of the Attorneys for Defendant MRS BPO, L.L.C. d/b/a MRS Associates of New Jersey |

Bradley R. Armstrong, Esq. (MN Bar 393524)
MOSS & BARNETT, PA
150 South Fifth Street, Suite 1200
Minneapolis, MN 55402
(612) 877-5359
Bradley.armstrong@lawmoss.com

Stacie E. Barhorst, Esq. (6278960)
KAPLAN PAPADAKIS & GOURNIS, P.C.
180 N. LaSalle Street, Suite 2108
Chicago, IL 60601
(312) 726-0531
sbarhorst@kpglaw.com

7814867v1

## **CERTIFICATE OF SERVICE**

I certify that on May 17, 2022, a copy of the foregoing document was filed electronically in the ECF system. I also certify that a copy was served upon the following parties via U.S. mail:

Seth McCormick, Esq.
Great Lakes Consumer Law, LLC
73 W. Monroe St., Suite 100
Chicago, IL 60603

Michael Wood, Esq.
Celetha Chatman, Esq.
Community Lawyers LLC
980 N. Michigan, Suite 1400
Chicago, IL 60611
*Attorneys for Plaintiff*

Verizon Wireless Services, LLC
c/o C T Corporation System
208 LaSalle Street, Suite 814
Chicago, IL 60604
*Co-Defendant*

/s/ Bradley R. Armstrong
Bradley R. Armstrong
One of the attorneys for Defendant MRS BPO, L.L.C. d/b/a MRS Associates of New Jersey